UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS VARELA-VILLA, ) <br> ) <br> Defendant. ) <br> _____ ) | NO: CR-08-6077-LRS <br><br> ORDER DISMISSING <br> INDICTMENT |

Upon motion of the Plaintiff, United States of America, and good cause having been shown:

IT IS HEREBY ORDERED that Indictment as to Defendant CARLOS VARELA-VILLA, is hereby dismissed.

DATED this 23rd day of June, 2009.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE